# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| RONNIE LEE OWEN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 6:16-cv-03362- BP |
| OFFICER NANCE, et al., | ) ) ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION *DUCES TECUM* OF SHERIFF JIM ARNOTT

To:  Mr. Damon S. Phillips
     3140 E. Division
     Springfield, MO 65802

YOU ARE HEARBY NOTIFIED that, by agreement of the Parties to the above-captioned action, an oral deposition will be taken in the above-entitled cause as hereinafter set forth:

Place:  Greene County Jail
        1000 N. Booneville Avenue
        Springfield, MO 65802

Date:  June 21, 2019

Time:  The deposition will begin at **1:00 p.m.** and continue so long as is necessary to complete it.

Witness to be Deposed:  Sheriff Jim Arnott

Court Reporter:  Alaris Litigation Services

## Materials to be Produced

**Please provide the originals or best available copies of the following documents at the time and place noticed for the deposition, unless the materials have already been provided:**

1. Any and all documents reviewed, discussed, or referred to in preparation for this deposition;

2. Any and all documents, including but not limited to letters, electronic mail messages, text messages sent or received by you to or from any person, that discuss or refer in any way to this lawsuit.

Dated: June 11, 2019

Respectfully submitted,

*/s/ Kayla A. Brewe*
Charles C. Eblen, MO Bar #55166
Kayla A. Brewe, MO Bar #69231
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: 816-474-6550
Facsimile: 816-421-5547
ceblen@shb.com
kbrewe@shb.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of June 2019, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will serve electronic notice upon all parties of interest.

*/s/ Kayla A. Brewe*
Kayla A. Brewe
Attorney for Plaintiff
